IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01451-BNB

KEVIN MONTGOMERY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Kevin Montgomery is detained at the Adams County Detention Facility in Brighton, Colorado. Mr. Montgomery initiated this action by filing a *pro se* pleading titled "Motion for Immeadiate [sic] Action to Rule for State Court to Release Funds for Defense." In an order entered on July 11, 2008, Magistrate Judge Craig B. Shaffer directed the Clerk of the Court to commence a civil action and instructed Mr. Montgomery that he must cure the deficiencies in his pleading by filing his claims on a Court-approved form used in filing prisoner complaints and by submitting a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies identified in the July 11, 2008, Order within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Plaintiff failed to cure the deficiencies identified in the July 11, 2008, Order within the time allowed.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01451-BNB

Kevin Montgomery
Prisoner No. 08-5505
Adams County Det. Facility
150 N. 19th Ave.
Brighton, CO 80601-1951

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/22/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk